Exhibit A to Short Form Complaint in *In re: Aqueous Film-Forming Foams Products Liability Litigation,* MDL 2873[1]

| | Plaintiff Name (if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/Deceased Party Plaintiff Name" | DOB (of injured party) | State of Residence | Home Venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Cause of Action (please indicate via count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Mireles, Aracely | 4/28/1957 | CA | The US District Court for the Central District of California | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 2. | Mitchell, Brittany Danielle | 3/25/1986 | GA | The US District Court for the Southern District of Georgia | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 3. | Molinar, Cristina Beatrice | 10/24/1984 | OK | The US District Court for the Western District of Oklahoma | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 4. | Montalvo, Milagros | 8/22/1967 | FL | The US District Court for the Middle District of Florida | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 5. | Montgomery, Linda S | 11/14/1966 | FL | The US District Court for the Northern District of Florida | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 6. | Mosley, Kimberly A | 3/30/1994 | CO | The US District Court for the District of Colorado | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 7. | Mosley, Tracy Lynn | 10/9/1966 | TN | The US District Court for the Western District of Tennessee | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 8. | Nagy, Barbra | 7/28/1980 | IN | The US District Court for the Northern District of Indiana | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 9. | Narducci, Linda L | 3/6/1960 | WA | The US District Court for the Western District of Washington | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 10. | Noble, Lacey | 6/5/1982 | ID | The US District Court for the District of Idaho | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 11. | Nolan, Sarah Ann | 1/16/1992 | OK | The US District Court for the Western District of Oklahoma | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 12. | Nolte, Robert | 2/10/1961 | OK | The US District Court for the Eastern District of Oklahoma | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 13. | Norwood-Williams, Rosalyn | 2/6/1978 | TX | The US District Court for the Southern District of Texas | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 14. | Nunez, Sonya Marie | 8/28/1977 | IL | The US District Court for the Central District of Illinois | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 15. | O'Keefe, Paul | 10/1/1974 | AZ | The US District Court for the District of Arizona | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 16. | Odom Pressley, Bonnie Bea | 3/18/1970 | NC | The US District Court for the Eastern District of North Carolina | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 17. | O'Hara, Dissie Alice | 1/13/1972 | WY | The US District Court for the District of Wyoming | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 18. | Orvin, Robert Grant | 8/2/1958 | NC | The US District Court for the Western District of North Carolina | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 19. | Parker, Lloyd | 8/10/1957 | TX | The US District Court for the Western District of Texas | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 20. | Parker, Tina | 8/27/1981 | AR | The US District Court for the Western District of Arkansas | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 21. | Patterson, Chimeko | 12/11/1978 | CA | The US District Court for the Eastern District of California | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

[1] Plaintiffs must be listed alphabetically by last name first, then first name. For example: Doe, John.

[2] No more than 150 plaintiffs may be listed. A spousal plaintiff with a loss of consortium claim is considered and will count as a separate plaintiff for this purpose, and the spouse should be listed beneath the plaintiff whose alleged injury gives rise to the spouse's claim/s.

| | Plaintiff Name (if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/Deceased Party Plaintiff Name" | DOB (of injured party) | State of Residence | Home Venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Cause of Action (please indicate via count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 22. | Peebles, Maddalina T | 10/2/1968 | NC | The US District Court for the Eastern District of North Carolina | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 23. | Pegues, Kristen Renee | 11/17/1973 | TX | The US District Court for the Eastern District of Texas | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 24. | Penner, Jessica Elizabeth | 9/27/1979 | AL | The US District Court for the Northern District of Alabama | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 25. | Perina, Susan | 6/16/1969 | PA | The US District Court for the Middle District of Pennsylvania | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 26. | Philemon, Daniel Mac, Jr. | 2/4/1958 | NC | The US District Court for the Eastern District of North Carolina | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 27. | Phillips, Jennifer Lynn | 3/7/1980 | HI | The US District Court for the District of Hawaii | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 28. | Piarulli, Della Jo | 12/27/1969 | SC | The US District Court for the District of South Carolina | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 29. | Pierson, Jacob | 11/7/1995 | OK | The US District Court for the Western District of Oklahoma | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 30. | Pirkle, Jimmy Charles | 3/9/1969 | GA | The US District Court for the Northern District of Georgia | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 31. | Pochron, Jeffrey M | 4/27/1977 | WI | The US District Court for the Eastern District of Wisconsin | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 32. | Pollock, Jeanette T | 6/27/1980 | PA | The US District Court for the Western District of Pennsylvania | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 33. | Priest, April Denise | 11/27/1971 | AL | The US District Court for the Middle District of Alabama | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 34. | Ragland, Tamika Francesca | 1/4/1977 | AL | The US District Court for the Middle District of Alabama | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 35. | Rahman McMillan, Fatima Sultana Abdul | 12/24/1994 | NC | The US District Court for the Eastern District of North Carolina | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 36. | Ramos, Hector | 4/21/1974 | LA | The US District Court for the Western District of Louisiana | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 37. | Ray, Christopher James | 3/17/1982 | NV | The US District Court for the District of Nevada | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 38. | Ray, Monica | 9/28/1956 | OH | The US District Court for the Southern District of Ohio | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 39. | Raygoza, Anthony Alexander | 7/18/1971 | CA | The US District Court for the Eastern District of California | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 40. | Richardson, Elliott K, III | 8/26/1958 | OH | The US District Court for the Northern District of Ohio | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 41. | Ritchie, Dawn M | 11/20/1969 | GA | The US District Court for the Northern District of Georgia | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 42. | Rivera-Jackson, Jennifer Jeneille | 4/2/1978 | FL | The US District Court for the Middle District of Florida | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 43. | Rodengen, Rhonda C | 1/14/1967 | SC | The US District Court for the District of South Carolina | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 44. | Rodoli, Janitssa Isabel | 9/22/1999 | TX | The US District Court for the Southern District of Texas | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 45. | Rodriguez, Leticia G | 3/19/1969 | TX | The US District Court for the Western District of Texas | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

| | Plaintiff Name (if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/Deceased Party Plaintiff Name") | DOB (of injured party) | State of Residence | Home Venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Cause of Action (please indicate via count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 46. | Rogers, Tracy | 1/29/1972 | GA | The US District Court for the Middle District of Georgia | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 47. | Rose, Priscilla | 5/6/1976 | CA | The US District Court for the Northern District of California | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 48. | Royal, Jacques Paul | 2/17/1972 | TX | The US District Court for the Southern District of Texas | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 49. | Rudd, Walter D | 8/10/1963 | NC | The US District Court for the Eastern District of North Carolina | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 50. | Sampson, Casey Michael | 9/1/1981 | NE | The US District Court for the District of Nebraska | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 51. | Saul, Chantle Peoples | 11/28/1970 | AZ | The US District Court for the District of Arizona | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 52. | Sayler, Richard Bradley | 8/21/1972 | MO | The US District Court for the Eastern District of Missouri | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 53. | Schmitz, Harry John | 1/5/1961 | PA | The US District Court for the Eastern District of Pennsylvania | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 54. | Seigars, James D | 2/24/1967 | MS | The US District Court for the Northern District of Mississippi | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 55. | Sharrer, Julie Y | 4/2/1955 | HI | The US District Court for the District of Hawaii | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 56. | Sherman, Michael Todd | 4/9/1957 | MO | The US District Court for the Western District of Missouri | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 57. | Shonk, Jeffrey Michael | 3/20/1966 | OH | The US District Court for the Southern District of Ohio | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 58. | Simonica, Razvan A | 2/3/1969 | MD | The US District Court for the District of Maryland | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 59. | Skates, Charlotte Elizabeth | 3/10/1964 | TX | The US District Court for the Northern District of Texas | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 60. | Slay, Jerry Daniel | 12/13/1941 | FL | The US District Court for the Northern District of Florida | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 61. | Sledge, Gwendolynn Faye | 10/28/1971 | AL | The US District Court for the Northern District of Alabama | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 62. | Smith, Keith Terrell | 11/8/1965 | SC | The US District Court for the District of South Carolina | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 63. | Smith, Mark | 7/22/1955 | AZ | The US District Court for the District of Arizona | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 64. | Smith, William Bernard | 6/30/1999 | TX | The US District Court for the Northern District of Texas | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 65. | Solomon, Twaylya R | 9/20/1978 | SC | The US District Court for the District of South Carolina | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 66. | Spittler, Anthony M | 2/28/1969 | TX | The US District Court for the Southern District of Texas | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 67. | St. John, Marc | 9/30/1981 | OK | The US District Court for the Western District of Oklahoma | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 68. | Stepanovic, Anne Marie | 3/5/1977 | NM | The US District Court for the District of New Mexico | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 69. | Stevens, Jeffery | 12/31/1965 | KY | The US District Court for the Eastern District of Kentucky | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

| | Plaintiff Name (if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/Deceased Party Plaintiff Name" | DOB (of injured party) | State of Residence | Home Venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Cause of Action (please indicate via count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 70. | Storey, Brad | 6/13/1953 | WI | The US District Court for the Eastern District of Wisconsin | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 71. | Stroud-Adkins, Jennifer | 1/19/1967 | CA | The US District Court for the Eastern District of California | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 72. | Swift, Theresa Ann | 1/18/1980 | TX | The US District Court for the Western District of Texas | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 73. | Swinney, Larry Brian | 10/1/1961 | MT | The US District Court for the District of Montana | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 74. | Tatum, Crystal Dianne | 12/27/1973 | GA | The US District Court for the Southern District of Georgia | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 75. | Taylor, Aaron Xavier | 12/14/1972 | NC | The US District Court for the Eastern District of North Carolina | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 76. | Taylor, Brittany | 4/8/1988 | PA | The US District Court for the Eastern District of Pennsylvania | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 77. | Taylor, David Grant | 1/20/1967 | TN | The US District Court for the Eastern District of Tennessee | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 78. | Taylor, Diana Kay | 8/11/1966 | OK | The US District Court for the Western District of Oklahoma | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 79. | Taylor, Elisha Tiana | 3/15/1983 | LA | The US District Court for the Eastern District of Louisiana | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 80. | Teague, Ronald Gene | 7/6/1969 | AR | The US District Court for the Western District of Arkansas | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 81. | Thomas, Byron A | 5/28/1970 | IN | The US District Court for the Northern District of Indiana | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 82. | Thomas, Eric | 2/26/1962 | FL | The US District Court for the Southern District of Florida | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 83. | Thomas, Jerose T | 9/3/1981 | TX | The US District Court for the Northern District of Texas | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 84. | Thomas, Yvette Ann | 1/0/1900 | SC | The US District Court for the District of South Carolina | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 85. | Thompson, Trina M | 2/11/1957 | OR | The US District Court for the District of Oregon | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 86. | Thornhill, Bryan | 12/29/1966 | TX | The US District Court for the Southern District of Texas | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 87. | Thornhill, Darryl Tyrone | 9/24/1964 | CA | The US District Court for the Central District of California | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 88. | Toker, Kerri A | 10/26/1967 | AL | The US District Court for the Southern District of Alabama | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 89. | Tondre, Janice | 10/13/1981 | TX | The US District Court for the Western District of Texas | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 90. | Torres, David | 1/4/1985 | CA | The US District Court for the Central District of California | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 91. | Torres, Marco | 10/5/1970 | CA | The US District Court for the Southern District of California | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 92. | Torrez, Paul | 6/2/1966 | CO | The US District Court for the District of Colorado | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 93. | Tripp, Benjamin Karlis | 8/23/1965 | FL | The US District Court for the Northern District of Florida | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

| | Plaintiff Name (if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/Deceased Party Plaintiff Name") | DOB (of injured party) | State of Residence | Home Venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Cause of Action (please indicate via count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 94. | Tucker, Trenton T | 10/13/1978 | GA | The US District Court for the Middle District of Georgia | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 95. | Turner, Regina Denise | 8/28/1970 | MI | The US District Court for the Eastern District of Michigan | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 96. | Turosik, Judith Ann | 12/15/1956 | MO | The US District Court for the Eastern District of Missouri | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 97. | Tyson, Michell | 11/24/1964 | NY | The US District Court for the Western District of New York | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 98. | Van Gorder, Kenneth | 10/17/1963 | OK | The US District Court for the Western District of Oklahoma | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 99. | Vaughn, John Thomas | 7/27/1960 | AL | The US District Court for the Northern District of Alabama | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 100. | Vazquez, Richard | 4/21/1989 | TX | The US District Court for the Western District of Texas | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 101. | Wagoner, Bailey Lynae | 10/2/1993 | IL | The US District Court for the Southern District of Illinois | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 102. | Walter, Shirley Ann | 3/15/1957 | IN | The US District Court for the Northern District of Indiana | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 103. | Walton, Victor T | 7/3/1969 | AL | The US District Court for the Southern District of Alabama | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 104. | Ward, Donna H | 8/23/1962 | NC | The US District Court for the Western District of North Carolina | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 105. | Wardell, Gina | 1/20/1970 | GA | The US District Court for the Northern District of Georgia | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 106. | Washington, Alvin Jerome | 11/24/1957 | CA | The US District Court for the Central District of California | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 107. | Washington, Joy Denise | 11/24/1972 | TX | The US District Court for the Western District of Texas | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 108. | Weaver, Frederick | 9/5/1969 | TX | The US District Court for the Northern District of Texas | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 109. | Wertz, Carla Marie | 10/9/1960 | IN | The US District Court for the Northern District of Indiana | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 110. | West, Johnathan Thomas | 3/25/1983 | AL | The US District Court for the Southern District of Alabama | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 111. | Westfall, George J | 5/21/1962 | AL | The US District Court for the Northern District of Alabama | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 112. | Whaley, Daniel Benjamin | 9/4/1972 | NC | The US District Court for the Eastern District of North Carolina | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 113. | Whitted, Kyla | 8/25/1987 | NC | The US District Court for the Eastern District of North Carolina | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 114. | Wiley, Kelly M | 8/28/1982 | CA | The US District Court for the Central District of California | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 115. | Williams, Christa Althea | 5/4/1972 | AL | The US District Court for the Middle District of Alabama | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 116. | Williams, James Thomas | 3/21/1978 | AZ | The US District Court for the District of Arizona | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 117. | Wilson, Andrew James | 10/23/1969 | CO | The US District Court for the District of Colorado | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

| | Plaintiff Name (if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/Deceased Party Plaintiff Name" | DOB (of injured party) | State of Residence | Home Venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Cause of Action (please indicate via count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 118. | Wineka, Felicia Marie | 1/11/1966 | PA | The US District Court for the Western District of Pennsylvania | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 119. | Wood, Wade Randolph | 7/28/1959 | AL | The US District Court for the Middle District of Alabama | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 120. | Young, Kathleen Marie | 3/10/1960 | ME | The US District Court for the District of Maine | | Yes | | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 121. | | | | | | | | | |
| 122. | | | | | | | | | |
| 123. | | | | | | | | | |
| 124. | | | | | | | | | |
| 125. | | | | | | | | | |
| 126. | | | | | | | | | |
| 127. | | | | | | | | | |
| 128. | | | | | | | | | |
| 129. | | | | | | | | | |
| 130. | | | | | | | | | |
| 131. | | | | | | | | | |
| 132. | | | | | | | | | |
| 133. | | | | | | | | | |
| 134. | | | | | | | | | |
| 135. | | | | | | | | | |
| 136. | | | | | | | | | |
| 137. | | | | | | | | | |
| 138. | | | | | | | | | |
| 139. | | | | | | | | | |
| 140. | | | | | | | | | |
| 141. | | | | | | | | | |
| 142. | | | | | | | | | |
| 143. | | | | | | | | | |
| 144. | | | | | | | | | |
| 145. | | | | | | | | | |
| 146. | | | | | | | | | |

| | Plaintiff Name (if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/Deceased Party Plaintiff Name" | DOB (of injured party) | State of Residence | Home Venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Cause of Action (please indicate via count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 147. | | | | | | | | | |
| 148. | | | | | | | | | |
| 149. | | | | | | | | | |
| 150. | | | | | | | | | |